|  | The Honorable Brian D. Lynch |
|---|---|
|  | Hearing date: November 14, 2012 |
|  | Hearing time: 9:00 a.m. |
|  | Response date: November 7, 2012 |
|  | Chapter 7 |
|  | Location: Tacoma |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| In re: | No. 12-44584 |
|---|---|
| CONSTRUCTION AND TUNNELING SERVICES INC., | AMENDED NOTICE OF MOTION TO DETERMINE CONFIDENTIALITY OF STOCK PURCHASE AGREEMENT |
| Debtor. | |

TO: CLERK OF COURT
AND TO: Debtor, Creditors and Parties In Interest

PLEASE TAKE NOTICE that the Chapter 7 Trustee has filed a motion for an order finding that the stock purchase agreement between the debtor and the buyer is not confidential. This matter IS SET FOR HEARING as follows:

JUDGE: Brian D. Lynch                DATE: November 14, 2012
PLACE: 1717 Pacific Ave
       Union Station
       Tacoma, WA 98402              TIME: 9:00 a.m.
       Courtroom I

IF YOU OPPOSE the motion, you must file your written response with the court clerk, serve two copies on the Judge's chambers and deliver copies on the undersigned not later than the response date, which is November 7, 2012. If no response is timely filed and served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing.

DATED this 16th day of October, 2012.

By /s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee

C:\Shared\KAE\Dox\TRUSTEE\CTS\amend_confidentiality_not.wpd

**AMENDED NOTICE OF MOTION TO DETERMINE CONFIDENTIALITY OF STOCK PURCHASE AGREEMENT - 1**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002